UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| William T. Mullikin,<br>     Plaintiff<br>v.<br><br>Bath Fitter Tennessee, Inc.<br>     Defendant. | Case No.: 2:17-cv-996-DCN-JDA<br><br>**Voluntary Notice of Dismissal** |

The Plaintiff, William T. Mullikin, hereby voluntarily dismisses with prejudice all claims asserted or that might have been asserted against the Defendant, in the above-captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorney's fees.

                                **WIGGER LAW FIRM, INC.**

                                s/ *Emily Hanewicz Tong*
                                Emily Hanewicz Tong, Esquire
                                Federal I.D. #12177
                                Attorney for the Plaintiff
                                8086 Rivers Avenue
                                North Charleston, SC  29406
                                (843) 553-9800

Charleston, South Carolina
July 24, 2017